

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00519-CV

**MCCOMBS ENERGY, LTD.** and McCombs Energy GP, LLC,
Appellants

v.

Charles **FORNEY**, John M. Forney, Phillip Forney, William Forney Jr., William Forney III,
Ricky Haikin and Larry Wyont,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-05774
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the petition for permissive appeal is
DENIED. We ORDER that respondents recover any costs they incurred related to this appeal.

SIGNED October 16, 2019.

Luz Elena D. Chapa, Justice